**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHAD MARK FRANCO FERRARI,**<br>Plaintiff,<br>v.<br>**DETECTIVE DANIEL LEONARD, et al.,**<br>Defendants. | **Civil Action No.**<br>**2:26-cv-01866-KSM**<br><br>Hon. Karen Spencer Marston |

---

**MOTION FOR ISSUANCE OF SUMMONS AND SERVICE OF PROCESS BY THE UNITED STATES MARSHAL SERVICE**

---

Plaintiff Chad Mark Franco Ferrari, proceeding pro se, respectfully moves this Honorable Court for an Order (1) directing the Clerk to issue summons for each named Defendant, and (2) directing the United States Marshal Service to effect service of process, and states as follows:

**BACKGROUND**

1. Plaintiff filed this civil rights action under 42 U.S.C. § 1983 on March 23, 2026, and paid the filing fee. The Complaint has been docketed and assigned to this Court.

2. Summons have not yet been issued. Plaintiff has not yet presented USM-285 forms to the Clerk for processing.

3. Plaintiff is proceeding pro se and has been without earned income since approximately May 2025. Although Plaintiff paid the filing fee in this action from borrowed funds to expedite docketing, Plaintiff has since been granted in forma pauperis status in three divisions of the Philadelphia Court of Common Pleas: Criminal Division (Hon. Leon King, March 30, 2026), Landlord-Tenant Division (March 2026), and Family Division (Case No. OC-24-002084). These concurrent IFP grants confirm Plaintiff's ongoing inability to bear litigation costs, including the cost of effecting service.

4. Plaintiff lacks the financial resources to retain a private process server or to effect personal service on fourteen Defendants at multiple government and private locations.

**REQUEST**

5. **Issuance of Summons.** Pursuant to Federal Rule of Civil Procedure 4(b), Plaintiff requests that the Clerk issue summons for each of the following Defendants:

| Defendant | Service Address |
|---|---|
| Detective Daniel Leonard | Philadelphia Police Department |
| Officer Robert James Killman Jr. | Philadelphia Police Department |
| Detective Davis (first name unknown) | Philadelphia Police Department |
| Detective Chad Jeter | Philadelphia Police Dept., Special Investigations Unit |
| Officer Robert Scarpello | Philadelphia Police Department |
| ADA Vincent Corrigan | Philadelphia District Attorney's Office |
| ADA Brett Zakeosian | Philadelphia District Attorney's Office |
| District Attorney Larry Krasner | Philadelphia District Attorney's Office |
| Sheriff Rochelle Bilal | Philadelphia Sheriff's Office |
| Lt. Sheriff Barry Johnson (Badge 105) | Philadelphia Sheriff's Office |
| Officer Gonzalez (Badge 503/504) | Philadelphia Sheriff's Office |
| Richard Williamson | 105 Jessup Rd., Thorofare, NJ 08086 |
| Dean E. Weisgold, Esq. | 1835 Market St., Ste. 1215, Phila., PA 19103 |
| City of Philadelphia | Law Dept., 1515 Arch St., 17th Fl., Phila., PA 19102 |

6. **Marshal Service.** Pursuant to Federal Rule of Civil Procedure 4(c)(3), Plaintiff requests that this Court direct the United States Marshal Service to serve the Summons and Complaint upon each Defendant. Plaintiff will provide the Marshal Service with completed USM-285 forms and sufficient copies of the Summons and Complaint for each Defendant upon issuance.

## BASIS

7. Rule 4(c)(3) provides that the Court "may order that service be made by a United States marshal or deputy marshal." Courts routinely direct Marshal service where a plaintiff is pro se, indigent, or where defendants are government officials requiring institutional service.

8. Twelve of the fourteen Defendants are government officials or employees. Service on government defendants requires compliance with Fed. R. Civ. P. 4(j)(2) and dual service on the individual and the governmental entity, for which the Marshal Service has established protocols. Waiver of service under Rule 4(d) is unavailable for government

defendants and impractical for the remaining private defendants given the adversarial posture of this litigation.

9. The 90-day service deadline under Fed. R. Civ. P. 4(m) will begin running upon issuance of summons. Good cause exists to ensure timely service, including Plaintiff's pro se status, documented indigency across three state court divisions, and the practical impossibility of a single unrepresented plaintiff effecting proper service on fourteen defendants at multiple government and private locations simultaneously. Marshal service will ensure timely, proper, and documented service without further delay.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter the attached Proposed Order (1) directing the Clerk to issue summons for each named Defendant, and (2) directing the United States Marshal Service to effect service of process upon each Defendant at the addresses identified above.

Respectfully submitted,

Chad Mark Franco Ferrari, Pro Se
1119 Wallace Street, Floor 1
Philadelphia, PA 19123
chadferrari@me.com
Date: March 30, 2026

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CHAD MARK FRANCO FERRARI,**
Plaintiff,

v.

**DETECTIVE DANIEL LEONARD, et al.,**
Defendants.

**Civil Action No.**
**2:26-cv-01866-KSM**

---

# [PROPOSED] ORDER

---

AND NOW, this _______ day of ________________, 2026, upon consideration of Plaintiff's Motion for Issuance of Summons and Service of Process by the United States Marshal Service, it is hereby ORDERED that:

1. The Clerk of Court shall issue summons for each Defendant named in the Complaint.
2. The United States Marshal Service is DIRECTED to serve the Summons and Complaint upon each Defendant at the addresses provided by Plaintiff.
3. Plaintiff shall provide the Marshal Service with completed USM-285 forms and sufficient copies of the Summons and Complaint for each Defendant within fourteen (14) days of this Order.
4. The Marshal Service shall file returns of service with the Court upon completion of service on each Defendant.
5. The Clerk of Court shall forward a copy of this Order to the United States Marshal Service.

BY THE COURT:

______________________________

Hon. Karen Spencer Marston, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Chad Mark Franco Ferrari, hereby certify that the foregoing Motion and Proposed Order were filed with the Clerk of Court via the Electronic Document Submission system on this date. No summons have been issued and no Defendant has been served or entered an appearance in this matter.

Chad Mark Franco Ferrari, Pro Se

Date: March 30, 2026