**[Clerks Office Only]**

**Name:**

**Chad Ferrari**

**Email Address:**

**chadferrari@me.com**

**Phone Number**

**2154831985**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Motion for Issuance of Summons and Service of Process by US Marshal Service**

**Case Number**

**2:26-cv-01866-KSM**

**Description of Document(s)**

**Motion for Service by United States Marshal**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**1119 Wallace Street, 1st Floor**

**Mailing Address Line 2**

**City:**

**Philadelphia**

**State:**

**PA**

**Zip Code:**

**19123**

**Other**

**Terms of Submission**

**Yes**

Hide empty values