**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FERRARI** | : | **CIVIL ACTION** |
| **v.** | : | |
| **LEONARD et al** | : | **NO.: 26-cv-1866** |

---

| | | |
|---|---|---|
| **FERRARI** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SULMAN** | : | **NO.: 26-cv-2184** |

**O R D E R**

**AND NOW**, this **10th** day of **APRIL 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Karen S. Marton to the calendar of the Honorable Gail A. Weilheimer for further proceedings.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

**/s/George Wylesol**
**GEORGE WYLESOL**
**Clerk of Court**