IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHAD MARK FRANCO FERRARI      :
                   :          CIVIL ACTION
        v.              :
                   :          26-1866
DETECTIVE DANIEL LEONARD, et al.   :

## ORDER

AND NOW, this 16ᵗʰ day of April, 2026, it is hereby ORDERED that the Clerk of Court is directed to placed Plaintiff's Motion for Judicial Disclosure (Dkt. 13) UNDER SEAL.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.