IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHAD MARK FRANCO FERRARI      :
                              :          CIVIL ACTION
        v.                    :
                              :          26-1866
DETECTIVE DANIEL LEONARD, et al.   :

## **ORDER**

AND NOW, this 9th day of July, 2026, upon consideration of Plaintiff's Motion for an Extension of Time to Effectuate Service (Dkt. 16), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Plaintiff has until August 31, 2026 to serve the Complaint on the Defendants in this matter.

To the extent Plaintiff is requesting relief from the service requirements of Fed. R. Civ. P. 4, that request is DENIED WITHOUT PREJUDICE. Plaintiff has not demonstrated a sufficient basis at this time to warrant authorization of alternative service.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.