**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHAD MARK FRANCO FERRARI** | : | Civil Action |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DETECTIVE DANIEL LEONARD, et al.,** | : | No. 2:26-cv-01866 |
| Defendants. | | |

**ORDER**

AND NOW, this 3rd day of August, 2026, upon consideration of Defendant Vincent Corrigan's Motion for an Extension of Time to File Response to Complaint, and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED.** Defendant Vincent Corrigan shall file a Response on or before August 29, 2026.

BY THE COURT:

Gail

GAIL A WEILHEIMER, J.