IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD MARK FRANCO FERRARI | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 26-1866 |
| DETECTIVE DANIEL LEONARD, et al. | : | |

# ORDER

AND NOW, this 16th day of October, 2026, upon consideration of Plaintiff's Motion for Recusal (Dkt. No. 22), it is hereby ORDERED that the Motion is DENIED.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

1 Judge Weilheimer has no established conflict under 28 U.S.C. § 455 that would warrant recusal. Plaintiff's attempt to manufacture such a conflict through circuitous and unfounded reasoning fails to identify any legal basis for the requested relief. Moreover, Plaintiff specifically requests that this matter be reassigned to a particular judge. Such a request is improper. Parties are not permitted select the judge before whom they wish to have their case heard.