**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHAD MARK FRANCO FERRARI,

*Plaintiff*,

v.

DETECTIVE DANIEL LEONARD, *et al.*,

*Defendants*.

No. 2:26-cv-01866

## <u>ORDER</u>

**AND NOW**, this 16th day of October, 2026, upon consideration of Defendant Vincent Corrigan's Motion to Dismiss (Dkt. No. 33) and Plaintiff's Memorandum of Law in Opposition thereto (Dkt. No. 34), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims against Defendant Corrigan are **DISMISSED** with prejudice.

It is **FURTHER ORDERED** that Plaintiff's Motion Under Fed. R. Civ. P. 6(b)(1)(A) to Extend the Time to Amend as a Matter of Course Under Rule 15(a)(1)(B) (Dkt. No. 35) is **DENIED**.

BY THE COURT:

Gail A. Weilheimer, J.