UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD MARK FRANCO FERRARI,<br>*Plaintiff*,<br>v.<br>DETECTIVE DANIEL LEONARD, *et al.*,<br>*Defendants*. | No. 2:26-cv-01866 |

**ORDER**

**AND NOW**, this 16th day of October, 2026, upon consideration of this Court's Orders denying Plaintiff's Motion for Recusal, denying Plaintiff's Motion for Extension of Time to Complete Service, granting Defendant Vicent Corrigan's Motion to Dismiss and denying Plaintiff's Motion to Extend, it is hereby **ORDERED** that the following motions are **DISMISSED** as moot:

1. Plaintiff's Renewed Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 20);
2. Plaintiff's Emergency Motion for Limited Temporary Restraining Order, Preservation Order, Expedited Discovery Under Rule 26(d), and Leave to Amend and Join (Dkt. No. 21);
3. Plaintiff's Motion for Administrative Disclosure and Referral to the Judicial Council Directed to the Honorable Chief Judge Wendy Beetlestone (Dkt. No. 23);
4. Plaintiff's Emergency Motion for Temporary Restraining Order Against

Richard Williamson (Dkt. No. 28);

5. Plaintiff's Emergency Motion to Enjoin Bad-Faith State Prosecutions (Dkt. No. 29);
6. Plaintiff's Application to Proceed *in Forma Pauperis* (Dkt. No. 30); and
7. Plaintiff's Renewed and Supplemental Motion for Judicial Disclosure Under 28 U.S.C. § 455(a) and Canon 3C of the Code of Conduct for United States Judges (Dkt. No. 31).

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:



Gail A. Weilheimer, J.